Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Nebraska
2ND Division

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2023 AUG 10 AM 10:06
OFFICE OF THE CLERK

Donald Kellum, II
Rosalind Kellum, Sarah Sublet-McClinton
Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Jeff Davis, Sheriff, Sarpy Cty. Sheriff Dept.,
LaVista Police Dept, Robert Lausten, chief,
Gov. Jim Pillen, Mayor David Black,
Sarpy County, Lee Polikov, Sarpy Cty Atty.

Defendant(s)

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 8:23cv354
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☒ No

**RECEIVED**
AUG 10 2023
CLERK
U.S. DISTRICT COURT

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Rosalind Kellum, Sarah Sublet-McClinton
Street Address: 1613 Barrington Pkwy, #402
City and County: Papillion, Sarpy
State and Zip Code: NE, 68046
Telephone Number: 531/255-3159
E-mail Address: rkellum533@gmail.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

# COMPLAINT FOR A CIVIL CASE             1 of 5

## I. The Parties to This Complaint

### A. The Plantiff(s)

Provide the information below for each plantiff named in the complaint. Attach additional page if needed.

| | |
|---|---|
| Name | Donald Kellum, II |
| Street Address | 802 S. Beadle St. |
| City and County | Papillion, Sarpy |
| State and Zip | NE, 68046 |
| Telephone Number | |
| E-Mail Address | N/A |

Defendant No. 1
- Name: Sheriff Jeff Davis
- Job or Title (if known): Sheriff
- Street Address: 8335 Platteview Road
- City and County: Papillion, Sarpy County
- State and Zip Code: NE, 68046
- Telephone Number: 402/593-2288
- E-mail Address (if known): N/A

Defendant No. 2
- Name: Sarpy County Sheriffs Dept.
- Job or Title (if known): N/A
- Street Address: 8335 Platteview Road
- City and County: Papillion, Sarpy County
- State and Zip Code: NE, 68046
- Telephone Number: 402/593-2288
- E-mail Address (if known): N/A

Defendant No. 3
- Name: LaVista Police Dept.
- Job or Title (if known): N/A
- Street Address: 8116 Park View Blvd.
- City and County: LaVista, Sarpy County
- State and Zip Code: Nebraska 68128
- Telephone Number: 402/331-7210
- E-mail Address (if known): N/A

Defendant No. 4
- Name: Robert S. Lausten
- Job or Title (if known): Cheif, LaVista Police Dept.
- Street Address: 8116 Park View
- City and County: LaVista, Sarpy County
- State and Zip Code: Nebraska 68128
- Telephone Number: 402/331-4343
- E-mail Address (if known): N/A

8:23-cv-00354-JFB-PRSE Doc # 1 Filed: 08/10/23 Page 4 of 20 - Page ID # 4

Complaint For Civil Case Cont...pg.2 of 5   (Addendum)

Def. 5. Name: Lee Polikov
Job Title: Sarpy County Attorney
Street Address: 1210 Golden Gate Dr. # 6001
City and County: Papillion, Sarpy
State and Zip Code: NE, 68046
Telephone Number: 402/593-2230
E-Mail Address: N/A

Def. 6 Name: Jim Pillen
Job Title: Governor
Street Address: 1445 K Street
City and County: Lincoln, Lancaster County
State and Zip Code: NE, 68508
Telephone Number: 402/471-2244
E-mail Address: N/A

Def. 7 Name: David Black
Job Title: Mayor
Street Address: 1210 Golden Gate Drive or 1102 E. 1st Street
City and County: Papillion, Sarpy       Papillion, Sarpy
State and Zip Code: NE, 68046            NE, 68046
Telephone Number: 402/593-2100           402/593-2100
EMail: N/A                               N/A

2 of 5 Continue

Complaint For Civil Case Cont... p. 2 of 5       (Addendum)

Def. 8  Name: Sarpy County
Street Address: 1210 Golden Gate Drive
City and County: Papillion, Sarpy
State and Zip Code: NE, 68046
Telephone Number: 402/593-2100
Email Address: N/A

2 of 5 continue

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question       [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Section 241 Title 18*
*Title 18, Section 242 Under color of Law, 4th, 5th, 8th, 9th, 14th Amend US Cons,*
*Section 1983 Acting Under Color of Law, 42 USC 1983, 18 USC 1001*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, (name) ~~Donald Kellum, II~~ *K*, is incorporated under the laws of the State of (name) N/A, and has its principal place of business in the State of (name) _____.

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy $ 1,500,000.00

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The defendants caused irreparable harm to me and my family by to open my d-- showing up to my home with a large show of force of officers looking for a capital murderer, they had no search warrant to force me, under duress at gunpoint, fearing for my life life and the life of my children who were all taking medication today and one mentally ill chi--

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. My son was to graduate from UNO in Dec. 2019, he never went back to school + didn't graduate. He's in therapy and taking pills for the non search warrant where also St police held him at gun point for over 30 mins. My daughter was diagnosed at with Bi-polar with schzoid effect, ADHD, ADD, Oppositional Defiance Disorder, Tourettes syndrome, Intermitten Explosive Disorder and had to be put on additional pills and still see a psyc today and takes extra medication from the raid. I've gotten sicker seeing my kids whom I raised in God never committed a crime while in their right mind begun to change for the worse. 01/17/23 I had a heart attack "Broken Heart Syndrom" due to all the trauma that continues to be part of my everyday life. We all had on under-wear I had one T-shirt when they came into my home axing!

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. My daughter had on a pullup only when a police went into her room when she weighed 369 lbs and had tears in her eyes to see 2 white men look at her 1/2 naked with guns, then she goes downstairs and see policemen holding her brother at gun point while he was sleeping on the floor, only at our house to help me with her. Being mentally ill, I felt she would try to fight the police because she closed her fist and fills this is all her fault. She blames herself today (8/04/23). My son works from home when he was Athletic Director for Omaha Beef and UNO Athletics, won awards never ~~been~~ won at UNO before, Filmed World series for ESPN at UNO. He's now on medication and stay home

Page 4 of 5

III. Statement of Claim Cont... (page 4 of 5)

Police banged at my door at approximately 7:00 am on 08/14/19 relating to me when I looked out of my front door window at 7208 Josephine Court, La Vista, NE 68128 on August 14, 2019. I told them I didn't have on any clothes and they forced me at gunpoint, approximately 10+ officer holding automatic at me; under duress, fearing my 2 children, one (my son) who did not live live with me came over the night before after creating MAV Radio for UNO and running the radio station and working at Texas Roadhouse, Papillion for over 7 year approximately, and being the Athlethic director for Omaha Beef and their camera man to film their games, gave them all the leftover food from the nights end and me cooking for the football players at my home, being the Athletic Director for UNO and call/announcing the basketball games where he won awards never won before ever at UNO and filming during the College World Series for ESPN at UNO, he came to my home because I called him and asked him to come help me get his mentally ill sister who weighed 369 lbs out of the bath tub - I was 61, disabled at the time with lower lumbar degenerative bone disease, chronic pain disorder, Fibromyalgia, Type 2 diabetes and type 1 chronic kidney disease along with blood clots in my lungs and legs.

## III. Statement of Claim

due to diabetes. My mother passed 2 years and 11 month ago at 96 years old and was a christian all my life. I raised my 2 children exactly the same way. To believe in truth, justice and God. It was pure corruption for the County Attorney to and policemen and sheriffs to undermind the oath they took to uphold and obey the constitution of the U.S. Corruption starts at the top and fizzles down to lower ranks of workers. If a searchless warrant was served to me, how many more citize in Nebraska have had their Constitutional Rights violated? The reasons that apply to a searchless warrant did not apply to me, we were all asleep, and I had on underwear and a short T-shirt that covered none of my behind (buttocks), my son had on boxer shorts only and was asleep on my living room floor, my daughter at 369 lbs. had on a pull-up only and was already severly mentally and had fears in her eyes eyes with her fist balled up ready to fight and all I could do was pray that my family didn't ALL die that day from an illegal entry into my home from lying police and sheriff officers. They needed a search warrant then and they will need one today. They searched my entire home while holding my son under approximately 5 officers pointing guns at him, all asking him questions

(3)

III. Statement of Claim (page 4 of 5)

and showing him pictures that he knew nothing of what they were talking about. They kept on asking all 3 of us questions with gun pointed at us and finally let my son get off his stomach on the floor with his arms and legs spreaded out and repositi to his knees with his hands clasped behind his head, still under 5⊕ guns pointed at him while my daughter and I watched while automatic rifles were pointed at us. Then they started asking me and my daughter questions - I pleaded the 5th Amer for us because I am her legal gardian and I look out for her interest in all of her life. My son never graduated from college, we had to borrow money to move because the neighbors harrassed us, I was sick and couldn't clean the carpets and had to pay mgmt. over $400⊕ dollars, had to pay over $1,600 for deposit for new place and rent, had t pay for uhaul, had to buy lawn mower, leaf blower, electric cords, had to rake my own yard and bag leaves all with chronic kidney disease PEs † DVTs, No Thyroid or parathyroid glands, diabet fibromyalgia, lower lumbar degenerative bone disease, chronic pain disorder, Osteoarthritis, Chronic Neuropathy in toes to above my knees and in my fingers above my elbows And possible Kidney failure with muscle cramps in my entire body, I had to go on anxiety med, sleeping pills,

III Statement of Claim (Page 4 of 5)
and depression pills that I'm still on today (8/04/23).

My son is a hermit, won't leave the house. I knew something was really wrong when I got real sick in January, 2023, had a heart attack (broken heart syndrom) from all the stress of seeing my childrens life spiral down instead of up, the way it was going be the illegal raid on my house. He never visited me in the hospital at CHI Mercy in Cow he didn't call me on the phone when before we used to talk everyday and see each other 5-7 times a week in 2019. I don't know if he's embarrassed, hurt, having a break down or whats going on with him anymore. I know he's on sleepin and anxiety medications and see a therapist. I'll just have to let him find his own way; I majored in Psychology and Sociology in college, but I am so lost, I love him so much, but I don't know how to help him. I pray for God to touch his heart, soul and mind, and heal him for and hate and disillusionment he had about police, seeing his uncle who was a policeman took up time with all our boys and interacted with them on a Racial, humanitarian, and Religious mentally to keep them grounded.

(5)

III Statement of Claim                                    (page 4 of 5)

Lastly, my daughter who could never go to school was diagnoised at the age of 5 with Bipolar with schizoid effect, Oppositional Difance Disorder, ADD, ADHD, Tourettes Syndrome, Conduct disorder, Intermitten Explosive Disorder and Enuresis. At 14 she was diagnoised with morbid obesity and Schizophernia, and obstructive airway disease. I could not work with her and I decided to go back to college and take her with me when she was five because she suffered from seperation anxiety. She was on so much medications and breathing machine. It was so hard Rasing her as a single parameter parent, I prayed and cried a lot. She started going to the mental hospital at 4/5 yrs. old. I was there with her every single day. My family of educated fools didn't want her at their homes because they feared and tried to talk me into giving her away to a mental institute for the Rest of her life. I was taught that "God give you no more than you can bear." God gave her to me, not a mental hospital; she fought me, cursed me out, I'd have to sleep out side her door so she wouldn't leave home at 8/9 years old, and she was constantly in and out the mental hospita until she was 20 years old, and I was right by her side showing love.

## III. Statement of Claim (page 4 of 5)

I went thru the cutting (letting) of her skin with big scars that got infected, lots of attempted suicides, lots of running away from home and state facilities, getting cursed out daily, fighting nearly everyday, breaking TV's, dishes, my perfumes, cutting up my shoes and boots, cutting up my clothes, throwing stuff at me, wake up with her standing over my bed looking at me. I was never afraid of her, I was just tired!! I moved to Georgia to go to Law School and ended up having thyroid cancer. After I healed, I went back to college and educated her there by taking her to class with me where she excelled. I put her in high school in the 10th grade and she fast tracked out of high school in the 10th grade. She started improving a little bit at a time, but she still wore pull-ups and weighed over 360+ pounds, had a low self esteem and did not like or love herself. I talked with the Psychiatrist to take her off all medications that caused weight gain and put her on a no sugar, no starch diet after the incident on 08/14/19 and now she's down to 230 lbs. Since the incident on 08/14/19 she cries a lot and is depressed because she feels its all her fault her brother got caught up, she's afraid to go outside or grocery shopping, she detest all policemen, she's afraid when someone knocks at the door, she's mad and upset because she

### III Statement of Claim (page 4 of:

don't have a relationship with her only brother; she won't leave the house to visit him nor will he leave his home to visit her or me, she have anxiety attacks where her body shakes and I have to hold her and repeat the 23 Psalms over and over and give her new medication for the shaking. My childrens life have been altered dramatically and I see them getting worse, not better, doctors are just adding more pills to all 3 of us. I could not get in to see Psyc. - they are not taking new patients. Sarah needs to go to the mental hospital, but she won't go. She said if I forced her to go she'd run away and would never come back home, EVER, and she means it. I'm loosing both of my children that I was told at 18 I'd never have. I've been the best, most loving and giving and patient mom I knew how to be, and it took less than 3 hours to undo what God thru me did to raise my children in "the nurture and the admonition of the Lord," with grace, hope, strength, long suffering and love, for police/sheriff to undo. My family was broken and basically destroyed by Sarpy Cty and the negligence of the government official to hold my family and myself at lots of automatic rifles thinking we'd loose our lives, and now were beyond repair.

IV. Relief (Continue)

My children were damaged mentally, emotionally and physically; my son was held a gun point by automatic rifles 4t, an experience he'll never forget or forgive. He's going thru PTSD, he don't leave his home, he hardly calls me and maybe visited me 5 times since 2019, when I used to see him almost everyday. He's seeing a therapist and will be on medication probably the rest of his life. He had several jobs and worked 7 days a week, now he's at home everyday. They asked him questions (all of them at one time) pushing what looked like photo copies of pictures of black men he did know, and he kept telling the officers I don't know who or what you're talking about. All black people don't know other black people, and all black people don't commit crimes. The police were searching my entir house, all three floors; a search warrant, signed by a magistrate, would have told me the places to be search, the person they was looking for, it would have my address on it and my name since it was my residence. It is a crime in NE to lie and say you have "a capital murder search warrant" just to come in my home, while I'm 1/2 naked and under duress with automatic rifles pointed at me and officers are forcing me at gun point to open my door, I am on

(3)

## IV Relief

I owed the apartments in LaVista approximate $1,000+ and paid installments because I was sick and could not clean two apartments and could not afford to pay someone; all the gas I had to use to ~~from~~ go from LaVista to Omaha and from Omaha to LaVista that I couldn't afford due to all my neighbors harrassing me and my daughter and threatening our lives due to a "None capital MURDER ~~warrant~~ search warrant" and telling my business to all the neighbors outside my residence. I and my family didn't tell anyone, we were too ashamed!

I feel I'm owed $500,000.00 for all the pain and suffering I had to go thru: packing, moving, cleaning both homes, taking 3 extra medications along with the other 16 medications I already take daily, having extra doctors appointments, having a major heart attack in January 2023 from stress and "broken heart syndrome," my son losing ~~1920~~ 2020 brand new camera he got for graduation - when he never graduated in 2019. My children Donald & Sarah are owed $500,000.ea, for all the sorrow, shame, embarresmen extra medications, Donald losing his vehicle and all the money he put into it by working, Therapy and pills,

Conclusion:
We only had eachother and I raised my children from infants in church to trust and belief in the Lord God Jesus Christ and the Holy Spirit, to love and help their fellow men, and to respect and "do good to those who do evil unto you," the same way I was raised by a mother born in 1924 in Texas into slavery, had nine children who all got college degrees (except me - I wanted to be all things to all people). One Engineer wanted to be a police officer, and he was for approximately 15 yr No one out of nine children had/have ever been to jail or arrested, and the Cheif of Police come to my Mothers home to commend her on having a Black family as large as ours with no criminals. She told the Cheif it was nothing she did, it was God who gave her wisdom, knowledge and understanding to raise nine children in the ~~future~~ nurture and the admonition of God! She was whipped, ate slopp that pigs ate, couldn't read or write, lived in a tin house with dirt floor and a plastic roof, had no heat or air, was raped at 10 and 11 and had her 1st and 2nd child, to be slaves at 5 + 6 yr She didn't hate anyone and taught us God and ~~his~~ His love. We had to graduate from high school and go to college, we were afraid of the God in her. My dad served in WWII, got shot, and shortly died.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/04/23

Signature of Plaintiff: *Rosalind Kellum*
Printed Name of Plaintiff: Rosalind Kellum

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Rosalind Kellum, Donald Kellum II, Sarah Sublet McClinton

**(b)** County of Residence of First Listed Plaintiff: Sarpy
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se

## DEFENDANTS
Sarpy Co. Police Dept, Lee Polikov Sarpy Co. ~~District~~ Atty, Jim Pillen Gov., Sarpy Co. Sheriffs Dept., David Black,

County of Residence of First Listed Defendant: Sarpy County
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
N/A

RECEIVED AUG 1 0 2023 CLERK U.S. DISTRICT COURT

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [x] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | | | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | 368 Asbestos Personal Injury Product Liability | | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | 370 Other Fraud | 710 Fair Labor Standards Act | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 371 Truth in Lending | 720 Labor/Management Relations | **SOCIAL SECURITY** | 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | 360 Other Personal Injury | 380 Other Personal Property Damage | 740 Railway Labor Act | 861 HIA (1395ff) | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice | 385 Property Damage Product Liability | 751 Family and Medical Leave Act | 862 Black Lung (923) | 490 Cable/Sat TV |
| 196 Franchise | | | 790 Other Labor Litigation | 863 DIWC/DIWW (405(g)) | 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 791 Employee Retirement Income Security Act | 864 SSID Title XVI | 890 Other Statutory Actions |
| 210 Land Condemnation | [x] 440 Other Civil Rights | **Habeas Corpus:** | | 865 RSI (405(g)) | 891 Agricultural Acts |
| 220 Foreclosure | 441 Voting | 463 Alien Detainee | | **FEDERAL TAX SUITS** | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 442 Employment | 510 Motions to Vacate Sentence | | 870 Taxes (U.S. Plaintiff or Defendant) | 895 Freedom of Information Act |
| 240 Torts to Land | 443 Housing/ Accommodations | 530 General | | 871 IRS—Third Party 26 USC 7609 | 896 Arbitration |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment | 535 Death Penalty | **IMMIGRATION** | | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other | **Other:** 540 Mandamus & Other | 462 Naturalization Application | | [x] 950 Constitutionality of State Statutes |
| | 448 Education | 550 Civil Rights 555 Prison Condition 560 Civil Detainee - Conditions of Confinement | 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
4th, 5th, 14th, 8th 9th Amendments, 18 USC1001, Title18 Section 242 Under color of Law, Section 1983 Acting under Color of Law, 42 USC 1983

Brief description of cause:
Officers said they had a Capital Murder Warrant to enter home without a search warrant and forced me to open door under duress at gun point.

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- **DEMAND $** $1,500,000
- CHECK YES only if demanded in complaint:
- **JURY DEMAND:** [ ] Yes [x] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE: _____
DOCKET NUMBER: _____

DATE: _____
SIGNATURE OF ATTORNEY OF RECORD: _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

JS 44 Reverse (Rev. 08/22)

8:23-cv-00354-JFB-PRSE   Doc # 1   Filed: 08/10/23   Page 20 of 20 - Page ID # 20

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V. **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.