IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DONALD KELLUM, II et al,

          Plaintiffs,

vs.

GREG LONDON, et al,

          Defendants.

**8:23CV354**

**ORDER**

This matter is before the Court on the parties' Joint Stipulation for Dismissal. Filing No. 56. The parties seek an order dismissing Defendants La Vista Police Department and Mike Schofield without prejudice. Having considered the matter, the Court will accept the Joint Stipulation.

Accordingly,

IT IS ORDERED that the Joint Stipulation, Filing No. 56, is granted and Defendants La Vista Police Department and Mike Schofield are dismissed without prejudice.

Dated this 11th day of June, 2026.

          BY THE COURT:

          *s/ Jacqueline M. DeLuca*

          United States Magistrate Judge

1